**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**FRED STEWART AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
MIKE MEYER A/K/A MIKE DISFARMER**                                    **PLAINTIFF**

**V.**                                     **4:24CV00905 JM**

**ARKANSAS MUSEUM OF FINE ARTS
FOUNDATION**                                                             **DEFENDANT**

<u>**ORDER OF DISMISSAL**</u>

This case is dismissed with prejudice due to settlement. The Clerk is directed to close the

case.

IT IS SO ORDERED this 20th day of January, 2026.

_____
James M. Moody Jr.
United States District Judge